IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TELISA C. TYSON                                                                                         PLAINTIFF

v.                                          Case No. 1:20-cv-1063

LB AMFUEL, LLC                                                                                        DEFENDANT

## ORDER

Plaintiff's counsel, John D. Coulter, has filed a Motion to Withdraw. ECF No. 15. Mr. Coulter seeks to withdraw as attorney of record for Plaintiff; however, Mr. Coulter has not provided the Court with a current address for Plaintiff. It is necessary for the Court to have an accurate address for Plaintiff so that future orders and other communication can be mailed to her. The Court directs Mr. Coulter to file a notice of Plaintiff's current address on or before April 30, 2021.

**IT IS SO ORDERED**, this 23rd day of April, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge